IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

FILED

JUN 1 1 2001

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

IN RE:

Ticketmaster Corporation

Antitrust Litigation

95 MDL Docket No. 1033

**FINAL ORDER APPROVING SETTLEMENT AGREEMENT
BETWEEN NAMED PLAINTIFFS AND TICKETMASTER**

This Court, pursuant to Rule 23(e), Fed. R. Civ. P., having considered class plaintiffs' Motion for Final Approval of Settlement Agreement dated December 7, 2000 between and among defendant TICKETMASTER CORPORATION ("Ticketmaster") and ALEX CAMPOS, STEPHEN HINES, JOSEPH CROWLEY, TONY STEPHENS, and EBON PETTY ("Settlement Agreement"), the named plaintiffs in this matter ("Named Plaintiffs"); having considered the submissions and arguments presented by the parties with respect to the Motion at a hearing held on December 18, 2000; and, having reviewed the terms of the Settlement Agreement, finds:

1. Arm's-length negotiations have taken place in good faith between counsel for Named Plaintiffs and Ticketmaster resulting in the settlement;

2. The terms of the Settlement Agreement are fair, reasonable, and adequate;

3. The claims of the Named Plaintiffs should be dismissed with prejudice and without costs;

4.      The class-action allegations made in this action should be dismissed without prejudice and without costs; and

5.      There is no need to provide notice of this dismissal to putative class members pursuant to Rule 23 Fed. R. Civ. P. since there is no collusion and no prejudice to absent class members will result from the dismissal.

ACCORDINGLY, the proposed Settlement Agreement is hereby finally APPROVED pursuant to Rule 23(e), Fed. R. Civ. P., and, it is hereby ORDERED, ADJUDGED, AND DECREED that:

B.      The claims of the Named Plaintiffs are dismissed with prejudice and without costs;

C.      The class-action allegations contained in this action are dismissed without prejudice and without costs; and

D.      Nothing in this Order, the settlement, or the Settlement Agreement is or shall be deemed or construed to be an admission or evidence that Ticketmaster has committed any wrongdoing or violation of law as alleged in this action or otherwise.

Without affecting the finality of this judgment, the Court retains jurisdiction of this matter to confirm an arbitration award relating to attorneys fees contemplated by the Settlement Agreement.

The Court finds, pursuant to Rule 54(b), Fed. R. Civ. P., that there is no just reason for delay, and directs the Clerk to enter final judgment dismissing the claims of the Named Plaintiffs with prejudice and without costs, and dismissing the class action allegations contained in this action without prejudice and without costs.

_____
Stephen N. Limbaugh
United States District Judge

Dated: 11 June 2001

517197.7

UNITED STATES DISTRICT COURT--EASTERN MISSOURI
INTERNAL RECORD KEEPING

**** CONSOLIDATED CASE ****

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 06/12/01 by aluisett
                4:95md1033    Ticketmaster Corp. vs

15:15 Antitrust Litigation


Michael Adlin -
1801 K Street, N.W.
Suite 400 K
Washington, DC  20006

Steve Berman -                           Fax: 206-623-0594
James Gardner -                          Fax: 312-269-0122

Jerome Hochberg -
1801 K Street, N.W.
Suite 400 K
Washington, DC  20006

SCANNED & FAXED BY:

JUN 1 2 2001

MJM

Donald Mullins -
PRESTON AND GATES
701 Fifth Avenue
5000 Columbia Center
Seattle, WA  98104 - 7078

George Sampson -                         Fax: 206-623-0594