UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

FILED
JUN 2 5 2002
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

IN RE: )
)
TICKETMASTER CORPORATION )
)
ANTITRUST LITIGATION ) 95 MDL Docket No. 1033
)

## ORDER

Pursuant to a settlement agreement between the plaintiffs and Ticketmaster, the Court entered a final order approving the agreement June 11, 2001. A portion of that order provided that "Without affecting the finality of this judgment, the Court retains jurisdiction of this matter to confirm an arbitration award relating to attorneys fees contemplated by the settlement agreement."

On May 14, 2002, plaintiffs requested a status conference hearing regarding attorneys fees. There has been no response to that motion.

**IT IS THEREFORE ORDERED** that plaintiffs and Ticketmaster report to the Court, in writing, on or before July 5, 2002 the status of the arbitration award relating to attorneys fees contemplated by the settlement agreement.

Dated this 25th day of June, 2002.

_____
SENIOR UNITED STATES DISTRICT JUDGE

96

UNITED STATES DISTRICT COURT WESTERN MISSOURI
INTERNAL RECORD KEEPING

**** CONSOLIDATED CASE ****

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE FOLLOWING INDIVIDUALS ON 06/25/02 by lholwitt
               4:95md1033    Ticketmaster Corp. vs

15:15 Antitrust Litigation


Michael Adlin -
1801 K Street, N.W.
Suite 400 K
Washington, DC  20006

Steve Berman -                       Fax: 206-623-0594
James Gardner -                    Fax: 312-269-0122

Jerome Hochberg -
1801 K Street, N.W.
Suite 400 K
Washington, DC  20006


Donald Mullins -
PRESTON AND GATES
701 Fifth Avenue
5000 Columbia Center
Seattle, WA  98104 - 7078

George Sampson -                   Fax: 206-623-0594