**FILED**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

SEP - 3 2002

U. S. DISTRICT COURT
EASTERN DISTRICT OF MO

IN RE:                                          )
                                                )
   TICKETMASTER CORPORATION       )
                                                )
   ANTITRUST LITIGATION           )        **95 MDL Docket No. 1033**
                                                )

## ORDER

On June 25, 2002 the Court ordered the parties to report concerning the status of the

attorney fee controversy.  On July 2, 2002 the Court received letter from George W. Sampson,

co-lead counsel for plaintiffs indicating that the matter had been resolved amicably.  In his letter,

Mr. Sampson indicated that the disbursement of the awards to individual law firms only awaits

the signing of releases by the firms waiving any further claim against Ticketmaster Corp.  Mr.

Sampson indicated the matter should be completed within one week from July 2, 2002.

The Court has received no further communication from any party following Mr.

Sampson's letter of July 2, 2002 and assumes that the attorney fee settlement has been

implemented successfully.

In the Court's final order of dismissal of this case June 11, 2001, it was stated that

"without affecting the finality of this judgment, the court retains jurisdiction of this matter to

confirm an arbitration award relating to attorneys fees contemplated by the settlement agree-

ment." As the attorneys fee problem has been resolved without arbitration, this portion of the

order of June 11, 2001 is no longer in effect as the matter is moot.

**IT IS THEREFORE ORDERED** that the Court's order of June 11, 2001 is **RATIFIED**

and **AFFIRMED** with the attorneys fee disputes between the parties having been resolved.



Dated this 3ʳᵈ day of September, 2002.

SENIOR UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT  EASTERN MISSOURI

INTERNAL RECORD KEEPING

**** CONSOLIDATED CASE ****

AN ORDER, JUDGMENT OR ENDORSEMENT WAS SCANNED, FAXED AND/OR MAILED TO THE
FOLLOWING INDIVIDUALS ON 09/04/02 by lholwitt
                    4:95md1033     Ticketmaster Corp. vs

15:15 Antitrust Litigation


Michael Adlin -
1801 K Street, N.W.
Suite 400 K
Washington, DC  20006

Steve Berman -                        Fax: 206-623-0594
James Gardner -                       Fax: 312-269-0122

Jerome Hochberg -
1801 K Street, N.W.
Suite 400 K                                        SCANNED & FAXED BY:
Washington, DC  20006

                                                   SEP X 4 2002

Donald Mullins -
PRESTON AND GATES                                      **MJM**
701 Fifth Avenue
5000 Columbia Center
Seattle, WA  98104 - 7078

George Sampson -                      Fax: 206-623-0594